B18 (Official Form 18) (12/07)

# United States Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

**Case Number** 10−32219−KRH
**Chapter** 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Wanda Renae Harris
aka Wanda R Brown
239 Land 'Or Drive
Ruther Glen, VA 22546

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−7583

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: NA

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

Wanda Renae Harris is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**FOR THE COURT**

Dated: July 1, 2014                                    William C. Redden, CLERK

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                            Eastern District of Virginia
In re:                                                          Case No. 10-32219-KRH
Wanda Renae Harris                                              Chapter 7
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0422-7        User: manleyc              Page 1 of 3       Date Rcvd: Jul 01, 2014
                            Form ID: B18               Total Noticed: 96


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2014.
db              Wanda Renae Harris,    239 Land 'Or Drive,    Ruther Glen, VA 22546
12294865       +ARM,   PO Box 129,    Thorofare, NJ 08086-0129
11246008        Allen & Tatum DDS,    PO Box 70144,    Fredericksburg, VA 22404
9586964        +Allen, Lewis & Associates,    1185 Lane Ave,   South Suite #5,    Jacksonville, FL 32205-6285
9586966         Aqua Virginia, Inc,    762 W. Lancaster Ave,    Bryn Mawr, PA 19010-3489
9586970        +Caroline County Treasurer's Of,    PO Box 431,    Bowling Green, VA 22427-0431
12294863       +Caroline County Treasurer's Office,    PO Box 431,    Bowling Green, VA 22427-0431
9586971        +Caroline Disposal Service,    PO Box 643,    Ruther Glen, VA 22546-0643
9586972        +Cash Jar,   PO Box 025250,    #15050,    Miami, FL 33102-5250
9586975        +Chancellor Internal Medicine,    12006 Kilarney Drive,    Fredericksburg, VA 22407-7207
12294869       +CheckIntoCheck,    PO Box 550,    Cleveland, TN 37364-0550
12294870       +Childs Heart Institute,    PO Box 1066,    Mclean, VA 22101
9586976        +Collection Company Of,    700 Longwater Dr,    Norwell, MA 02061-1796
9586978       #+Contract Callers Inc,    1058 Claussen Rd Ste 110,    Augusta, GA 30907-0301
12294861       +Credit Acceptance,    25505 W 12 Mile Rd,    Ste 300,    Southfield, MI 48034-8331
12294871       +EODCCA,   PO Box 5055,    Norwell, MA 02061-5055
12294872       +Fingerhut,   PO Box 166,    Newark, NJ 07101-0166
9586983        +First Collection Services,    10925 Otter Creek E Blvd,    Mabelvale, AR 72103-1661
9586984        +Fredericksburg Cr Bur,    10506 Wakeman Dr,    Fredericksburg, VA 22407-8040
9586985        +Fredericksburg Emer Med. Allia,    PO Box 808,    Grand Rapids, MI 49518-0808
12294874       +Fredericksburg Emergency Med,    PO Box 808,    Grand Rapids, MI 49518-0808
9586986        +Furniture Warehouse,    7309 Jefferson Davis Hwy,    Spotsylvania, VA 22551-2472
12294876       +GMAC Insurance,    Integon Casualty Ins Co,    PO Box 3199,    Winston Salem, NC 27102-3199
12294875       +Geico,   1 Geico Plaza,    Bethesda, MD 20810-0002
9586987         Genesis,   PO Box 4865,    Beaverton, OR 97076-4865
9718612        +Genesis Financial Services,    Vativ Recovery Solutions, LLC,
                 As Agent For Genesis Financial Services,    P.O. Box 19249,    Sugar Land, TX 77496-9249
9586989         International Collection Serv,    PO Box 20521,    Minneapolis, MN 55420-0521
11246009       +Joseph Synan, AC,    101 Lafayette Blvd,    Fredericksburg, VA 22401-6029
9586992        +Mary Washington Hospiatl,    2300 Fall Hill #313,    Fredericksburg, VA 22401-3343
9586993         MediCorp Health System,    ODC Recovery Services,    PO Box 7667,    Fredericksburg, VA 22404-7667
12294878       +Mountaineer Radiologists,    PO Box 1942,    Dept L 2524,    Charleston, WV 25327-1942
12294882       +NSWC,   Box 519,    Dahlgren, VA 22448-0519
12294881       +National Credit Adjusters,    Dept 835,    PO Box 4115,    Concord, CA 94524-4115
9586994         Nationwide Credit, Inc.,    2015 Vaughn Rd NW,    STE 400,    Kennesaw, GA 30144-7802
9586996        +Nco Group Fin Systems,    Po Box 182965,    Columbus, OH 43218-2965
9586997        +Park Dansan,   113 W. 3rd Avenue,    Gastonia, NC 28052-4320
9586998        +Penn Credit Corporation,    PO Box 988,    Harrisburg, PA 17108-0988
9586999         Plains Commerce Bank/C,    2101 W 51st Ste 34,    Sioux Falls, SD 57105-0000
9587000         Pratt Medical Center,    PO Box 1460,    Fredericksburg, VA 22402-1460
12294884       +QVC,   PO Box 2254,    West Chester, PA 19380-0153
9587001         Quest Diagnostics,    PO Box 71303,    Philadelphia, PA 19176-1303
9587002         Radiologic Assoc of Fredericks,    PO Box 7819,    Fredericksburg, VA 22404-7819
12294885       +Rappahannock Area YMCA,    Transworld Systems,    507 Prudential Rd,    Horsham, PA 19044-2308
9587003        +Rappahannock Electric Cooperat,    PO BOX 34849,    Alexandria, VA 22334-0849
9625812         Rappahannock Electric Cooperative,    PO Box 7388,    Fredericksburg, VA 22404-7388
9587004         Ridonna Waller,    31 Everglades Lane,    Stafford, VA 22554-7762
12294886       +Second Round LP,    PO Box 41955,    Austin, TX 78704-0033
12294889       +Suntrust Bank,    PO Box 26150,    VA-Richmond-8394,    Richmond, VA 23260-6150
9587005        +Superior Mgt,   18167 Us Hwy 19 N Ste 200,    Clearwater, FL 33764-6568
9907289        +The Debt Law Group, PLLC (ADMINISTRATIVE),    P.O. Box 5928,    Glen Allen, VA 23058-5928
9587006        +The Ins Dr Agcy of Fred'Burg,    AIG Agency Auto,    1909 Plank Road,
                 Fredericksburg, VA 22401-5101
12294862       +Titlemax,   5203 Jefferson Davis Hwy,    Fredericksburg, VA 22408-2605
9587007        +Tri-County Service B,    P.O. Box 639,    Hollywood, MD 20636-0639
9824431         Verizon Online,    PO BOX 3243,    Bloomington, IL 61702-3243
9587012        +Vital Recovery Services, Inc,    PO Box 923747,    Norcross, GA 30010-3747
12294892       +West Virginia Nat Ins Co,    PO Box 4225,    Richmond, VA 23220-8225
12294893       +Wood Forest Nation,    1800 Carl D. Silver Pkwy,    Fredericksburg, VA 22401-4960

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QBEROBINSON.COM Jul 02 2014 02:33:00      Bruce E. Robinson,    P.O. Box 538,
                 415 E. Atlantic Street,    South Hill, VA 23970-2701
cr             +EDI: ATLASACQU.COM Jul 02 2014 02:33:00      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
cr              EDI: RESURGENT.COM Jul 02 2014 02:33:00      LVNV Funding LLC,    c/o Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
cr              EDI: AIS.COM Jul 02 2014 02:34:00      Midland Funding LLC by American InfoSource LP as a,
                 Attn: Department 1,    PO Box 4457,    Houston, TX 77210-4457
cr             +EDI: RECOVERYCORP.COM Jul 02 2014 02:33:00      Recovery Management Systems Corporation,
                 25 SE 2nd Ave Ste 1120,    Miami, FL 33131-1605
12294866       +EDI: CINGMIDLAND.COM Jul 02 2014 02:33:00      AT&T Wireless,    PO Box 536216,
                 Atlanta, GA 30353-6216
```

```
District/off: 0422-7           User: manleyc                Page 2 of 3                  Date Rcvd: Jul 01, 2014
                               Form ID: B18                 Total Noticed: 96

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
12294864      +EDI: AAEO.COM Jul 02 2014 02:33:00      Aaron's,    5087 Jefferson Davis Hwy,
                Fredericksburg, VA 22408-4263
9586962       +EDI: AFNIRECOVERY.COM Jul 02 2014 02:33:00      Afni, Inc.,    Po Box 3427,
                Bloomington, IL 61702-3427
9586967       +EDI: ARROW.COM Jul 02 2014 02:33:00      Arrow Financial Servic,    5996 W Touhy Ave,
                Niles, IL 60714-4610
9836585        EDI: RESURGENT.COM Jul 02 2014 02:33:00      Ascent Card Services LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11768851      +EDI: ATLASACQU.COM Jul 02 2014 02:33:00      Atlas Acquisitions LLC,    Attn: Avi Schild,
                294 Union St.,    Hackensack, NJ 07601-4303
9586968       +E-mail/Text: bankruptcies@banfield.net Jul 02 2014 02:44:01       Banfield,
                8000 NE Tilamook Street,    PO Box 13998,    Portland, OR 97213-0998
9586969        EDI: BANKAMER2.COM Jul 02 2014 02:33:00      Bank Of America,    Po Box  25118,
                Tampa, FL 33622-5118
9586974       +EDI: CBCSI.COM Jul 02 2014 02:33:00      CBCS,   Consumer Relations Department,    PO Box 69,
                Columbus, OH 43216-0069
9586973       +E-mail/Text: bankruptcy@cashcall.com Jul 02 2014 02:44:08       Cashcall Inc,    1600 S Douglass Rd,
                Anaheim, CA 92806-5948
9586977       +E-mail/Text: bankruptcy@consumerportfolio.com Jul 02 2014 02:43:45       Consumer Portfolio Svc,
                Po Box 57071,    Irvine, CA 92619-7071
9586981        EDI: DIRECTV.COM Jul 02 2014 02:33:00      Direct TV,    PO Box 6550,    Englewood, CO 80155-6550
9586982       +EDI: CONVERGENT.COM Jul 02 2014 02:33:00      ER Solutions, Inc.,    800 SW 39th St.,    PO Box 9004,
                Renton, WA 98057-9004
12294891      +E-mail/Text: bknotice@erccollections.com Jul 02 2014 02:43:24       Enhanced Recovery Co.,
                8014 Bayberry Rd,    Jacksonville, FL 32256-7412
12294873      +EDI: AMINFOFP.COM Jul 02 2014 02:33:00      First Premier Bank,    3820 N Louise Ave,
                Sioux Falls, SD 57107-0145
12294877      +EDI: HFC.COM Jul 02 2014 02:33:00      HSBC Bank,    attn: Bankruptcy,    PO Box 5213,
                Carol Stream, IL 60197-5213
9586988       +EDI: ICSYSTEM.COM Jul 02 2014 02:33:00      I C System Inc,    Po Box 64378,
                Saint Paul, MN 55164-0378
9586990       +EDI: JEFFERSONCAP.COM Jul 02 2014 02:33:00      Jefferson Capital Systems, LLC,    16 McLeland Road,
                Saint Cloud, MN 56303-2160
9833967        EDI: RESURGENT.COM Jul 02 2014 02:33:00      LVNV Funding LLC,    Resurgent Capital Services,
                PO Box 10587,    Greenville, SC 29603-0587
9586991        E-mail/Text: mgr@collection-professionals.com Jul 02 2014 02:42:30       Marauder Corporation,
                74923 Highway 111,    Indian Wells, CA 92210-0000
11746764       EDI: AIS.COM Jul 02 2014 02:34:00      Midland Funding LLC,    by American InfoSource LP as agent,
                Attn: Department 1,    PO Box 4457,    Houston, TX  77210-4457
9653229        EDI: RESURGENT.COM Jul 02 2014 02:33:00      Precision Recovery Analytics, Inc,    MS 550,
                PO Box 91121,    Seattle, WA 98111-9221
9681792        EDI: RECOVERYCORP.COM Jul 02 2014 02:33:00      Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
12294888       EDI: NEXTEL.COM Jul 02 2014 02:33:00      Sprint,    attn: Bankruptcy Dept,    4900 W 95th Street,
                Oak Lawn, IL 60453
12294887      +EDI: HCA2.COM Jul 02 2014 02:33:00      Spotsylvania Reg Med Ctr,    PO Box 99587,
                Louisville, KY 40269-0587
10529700       E-mail/Text: ebn@vativrecovery.com Jul 02 2014 02:42:58       VATIV RECOVERY SOLUTIONS LLC,,
                P.O. Box 40728,    Houston, TX 77240-0728
9824404        EDI: AFNIVERIZONE.COM Jul 02 2014 02:33:00      Verizon,    PO BOX 3037,
                Bloomington, IL 61702-3037
9587008        EDI: AFNIVZCOMBINED.COM Jul 02 2014 02:33:00      Verizon,    PO Box 660720,
                Dallas, TX 75266-0720
12294890       EDI: AFNIVERIZONE.COM Jul 02 2014 02:33:00      Verizon Bankruptcy Dept,    PO Box 3037,
                Bloomington, IL 61702-3037
9587009       +EDI: AFNIVERIZONE.COM Jul 02 2014 02:33:00      Verizon Va,    236 E Town St  #170,
                Columbus, OH 43215-4631
9587010       +EDI: AFNIVERIZONE.COM Jul 02 2014 02:33:00      Verizon Virginia Inc,    500 Technology Dr,
                Weldon Spring, MO 63304-2225
9824430       +EDI: AFNIVZWIRE.COM Jul 02 2014 02:33:00      Verizon Wireless,    PO BOX 3397,
                Bloomington, IL 61702-3397
9587011       +EDI: AFNIVZWIRE.COM Jul 02 2014 02:33:00      Verizon Wireless,    250 James St,
                Morristown, NJ 07960-6410
9587013       +E-mail/Text: bankruptcynotice@westlakefinancial.com Jul 02 2014 02:43:19
                Westlake Financial Svc,    4751 Wilshire Blvd,    Los Angeles, CA 90010-3827
                                                                                              TOTAL: 39

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9586980       Damion J. Harris,    239 Land Or Drive,    VA 23546-1070
cr*          Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
                Houston, TX  77210-4457
cr*          Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
                Houston, TX  77210-4457
cr*          VATIV RECOVERY SOLUTIONS LLC,    P.O. Box 40728,    Houston, TX 77240-0728
12294867*    +Caroline Disposal Service,    PO Box 643,    Ruther Glen, VA 22546-0643
12294868*    +Chancellor Internal Medicine,    12006 Kilarney Dr.,    Fredericksburg, VA 22407-7207
12296046*    +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
```

```
District/off: 0422-7          User: manleyc              Page 3 of 3                  Date Rcvd: Jul 01, 2014
                              Form ID: B18               Total Noticed: 96


           ***** BYPASSED RECIPIENTS (continued) *****
11746765*     Midland Funding LLC,   by American InfoSource LP as agent,   Attn: Department 1,   PO Box 4457,
               Houston, TX   77210-4457
11748738*     Midland Funding LLC,   by American InfoSource LP as agent,   Attn: Department 1,   PO Box 4457,
               Houston, TX   77210-4457
12294883*    +Pratt Medical Center,   PO Box 1460,   Fredericksburg, VA 22402-1460
9586963      ##AIG Agency Auto,   PO Box 1802,   Alpharetta, GA 30023-0302
9586965      ##+Allied Cash Advance,   Title Loan billing dept,   200 SE 1st Street, Suite 800,
               Miami, FL 33131-1909
9642121      ##CashCall Inc,   MS 550,   PO Box 91121,   Seattle, WA 98111-9221
9586979      ##Damion Harris,   239 Land Or Drive,   Ruther Glen, VA 22546-1070
9586995      ##NCC,   120 N Keyser Avenue,   Scranton, PA 18504-9701
9905683      ##+The Debt Law Group, PLLC,   2807 N. Parham Road,   Suite 107,   Henrico, VA 23294-4410
                                                                                       TOTALS: 1, * 9, ## 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2014                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2014 at the address(es) listed below:
              Bruce E. Robinson    bruce.robinsontr@gmail.com,
               therese.rogerstra@gmail.com;ruth.alexander.bka@gmail.com;brobinson@ecf.epiqsystems.com
              Richard James Oulton    on behalf of Debtor Wanda Renae Harris 2debtlawgroup@gmail.com,
               thedebtlawgroupmail@gmail.com;fellows.jl@gmail.com;rchurwitz@gmail.com;DLGHearings@gmail.com
                                                                                             TOTAL: 2
```